No. 98–6557.  FIKROU v. COUNTY OF SANTA CLARA ET AL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 98–6563.  GASSAWAY v. CODY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 98–6566.  GEE v. DEUTH.  C. A. 7th Cir.  Certiorari denied.

No. 98–6568.  FORD v. MORRISON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–6570.  DAVIS v. SINGLETARY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 98–6574.  WOODS v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–6576.  PORTER v. RARDIN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–6586.  CAPROOD v. BESSINGER, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–6587.  PRICE v. SINGLETARY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–6590.  DUNCAN v. OREGON.  C. A. 9th Cir.  Certiorari denied.

No. 98–6599.  BOULINEAU v. WOZNIAK ET AL.  C. A. 11th Cir. Certiorari denied.

No. 98–6609.  MANCHA v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 98–6616.  SWEATT v. POINDEXTER ET AL.  C. A. 6th Cir. Certiorari denied.

No. 98–6617.  SANTOS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.